IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER MILLER MUSIC, INC. and )
MARY A. MILLER, )
 )
    Plaintiffs, )
v. ) NO. 3:04-01132
 ) JUDGE HAYNES
SONY/ATV PUBLISHING, LLC, )
 )
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, Plaintiffs Roger Miller Music, Inc. And Mary A. Miller's motion for summary judgment (Docket Entry No. 13) is **GRANTED IN PART**. The Court **AWARDS** a declaratory judgment that Plaintiff Mary A. Miller is the legal owner of the renewal copyrights for all songs composed by Roger Miller copyrighted in 1964, pending any ownership interest Plaintiff Roger Miller Music, Inc. may have obtained from Mary A. Miller by assignment. Plaintiffs' motion is otherwise **DENIED**.

The Court further **DECLARES** that Defendant Sony/ATV Publishing, LLC is the legal owner of the renewal copyrights for all songs composed by Roger Miller copyrighted between 1958 and 1963, pursuant to a valid assignment. Defendant Sony/ATV Publishing, LLC's motion for judgment on the pleadings (Docket Entry No. 8) is **GRANTED**. Plaintiffs' claims against the Defendant are hereby **DISMISSED** with prejudice.

This is the Final Order in this Action.

It is so **ORDERED**.

Entered this the 11th day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge