IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER MILLER MUSIC, INC. and )
MARY A. MILLER, )
)
    Plaintiffs, )
v. ) NO. 3:04-1132
) JUDGE HAYNES
SONY/ATV PUBLISHING, LLC, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, Plaintiffs are **AWARDED** ownership of the copyright interests for Roger Miller's 1964 and post-1964 Songs. Plaintiffs are further **AWARDED** three hundred thirty-nine thousand one hundred seventy-nine dollars eighty-three cents ($339,179.83) for the period of January 1, 2005 through June 30, 2009, and five hundred sixty-four thousand one hundred sixty-nine dollars thirty-four cents ($564,169.34) for the period of January 1, 2002 through December 31, 2004.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___18th___ day of March, 2010.

                                              WILLIAM J. HAYNES, JR.
                                              United States District Judge

1