IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER MILLER MUSIC, INC., and )
MARY A. MILLER, )
)
    Plaintiffs, ) No. 3:04-01132
) JUDGE HAYNES
v. )
)
SONY/ATV PUBLISHING LLC, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, Plaintiffs' motion for attorneys' fees (Docket Entry No. 106) is **DENIED**. Defendant's motion for bond (Docket Entry No. 109) is **GRANTED**. Defendant's motion to stay judgment pending resolution of appeal (Docket Entry No. 112) is **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___19th___ day of October, 2010.

                                 WILLIAM J. HAYNES, JR.
                                 United States District Judge